UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHARON KING,

          Plaintiff,

vs.                            Case No. 2:05-cv-261-FtM-33DNF

WYETH, INC., WYETH HOLDINGS CORPORATION, GREENSTONE LTD., PHARMACIA AND UPJOHN COMPANY, PFIZER, INC., JENNIFER DORSEY, MICHAEL KARASEK, RENEE JACOBSON,

          Defendants.
_____

## ORDER

This matter comes before the Court on Wyeth's Motion for Stay of Proceedings (Doc. #17) filed on June 20, 2005. Wyeth noted that this Court should resolve any motion to remand prior to ruling on the motion for a stay. King filed a Motion to Remand (Doc. #22) on June 30, 2005. On July 12, 2005, King filed a Notice of Unopposed Withdrawal of Plaintiff's Motion to Remand. For good cause shown, Wyeth's Motion for Stay of Proceedings (Doc. #17) is **GRANTED**.

    Accordingly, it is now

    **ORDERED, ADJUDGED, and DECREED:**

    This matter is **STAYED** pending resolution of the conditional

transfer by the Judicial Panel on Multidistrict Litigation.

DONE and ORDERED in Chambers in Ft. Myers, Florida, this 13th day of July, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record