UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHARON KING,

                Plaintiff,

vs.                              Case No.   2:05-cv-261-FtM-33DNF

WYETH, INC., WYETH HOLDINGS
CORPORATION, GREENSTONE LTD.,
PHARMACIA AND UPJOHN COMPANY,
PFIZER, INC., JENNIFER DORSEY,
MICHAEL KARASEK, RENEE JACOBSON,

                Defendants.
_____

## ORDER

This matter comes before the Court on Stipulated and Joint Motion to Dismiss with Prejudice Jennifer Dorsey, Michael Karasek and Renee Jacobson (Doc. #26) filed on July 14, 2005. The parties stipulate that Defendants Jennifer Dorsey, Michael Karasek and Renee Jacobson only be dismissed with prejudice as parties in the matter with each party to bear its own costs and attorneys' fees.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), Defendants Jennifer Dorsey, Michael Karasek and Renee Jacobson are **DISMISSED** with prejudice. The Clerk is directed to enter judgment accordingly and close the file as to Defendants Jennifer Dorsey, Michael Karasek and Renee Jacobson only. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions as

they relate to Defendants Jennifer Dorsey, Michael Karasek and Renee Jacobson only. This case will remain pending as to Defendants Wyeth, Inc.; Wyeth Holdings Corp.; Greenstone, LTD; Pharmacia and Upjohn Co., LLC; and Pfizer, Inc.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 19th day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record